```
              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH DAKOTA
                    WESTERN DIVISION
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GREGORY AND AMY ERLANDSON,   *   Civ. 17-5046

    Plaintiffs,

  -vs-   *   **STIPULATION FOR DISMISSAL**

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COME NOW the parties involved in the above-entitled action and, pursuant to FRCP 41(a)(1)(ii), enter into this Stipulation allowing for the voluntary dismissal of the above-entitled matter. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by the parties. Furthermore, the parties agree that all parties shall bear their own costs and attorney's fees associated with the prosecution and defense of this action.

            CADWELL, SANFORD, DEIBERT
            & GARRY, LLP

Dated: 10/16/18   By _____
              Attorneys for Plaintiffs

            200 East 10th Street, Suite 200
            Post Office Box 2498
            Sioux Falls, SD  57101-2498
            Telephone No. 605-336-0828

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

Dated: 10/16/18       By _____
                          Attorneys for Defendant

One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
e-mail: Jhieb@rwwsh.com