UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| GREGORY ERLANDSON and AMY ERLANDSON,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CIV. 17-5046-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 15), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and with each party bearing their own costs and attorney's fees.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

　Dated October 30, 2018.

　　　　　　　　　　BY THE COURT:

　　　　　　　　　　/s/ *Jeffrey L. Viken*
　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　CHIEF JUDGE